# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-six.

Present:
 John M. Walker, Jr.,
 Susan L. Carney,
 Eunice C. Lee,
  *Circuit Judges*.

_____

Alvaro Ramirez Guzman, individually and on behalf of all other persons similarly situated, et al.,

  *Plaintiffs-Appellants,*            **ORDER**

  v.                                  No. 21-2106

The First Chinese Presbyterian Community Affairs Home Attendant Corporation,

  *Defendant-Appellee.*

_____

Eugenia Barahona Alvarado, individually and on behalf of all other persons similarly situated,

  *Plaintiff-Appellant,*

  v.                                  No. 21-2107

Alliance for Health, Inc.,

  *Defendant-Appellee.*

_____

THESE TWO APPEALS were heard in tandem with the appeals in three consolidated cases that we decide today: *1199 SEIU United Healthcare Workers East v. PSC Community Services*, Nos. 21-631, 21-633, and 22-1587.

The Court hereby ORDERS the parties in these two appeals to provide their views regarding the impact that the decision in *1199 SEIU United Healthcare Workers East* has on the pending appeals in Nos. 21-2106 and 21-2107, including the possible mootness of either of the latter cases.

Appellants in each case shall provide letter briefs (or, if they prefer, a joint brief) of no more than 25 pages, double-spaced, to the Court by August 24, 2026. Appellees shall file responsive letter briefs (or, if they prefer, a joint brief) by October 8, 2026, also no more than 25 pages. By November 6, 2026, Appellants shall file a reply of no more than 15 pages, double-spaced, or shall advise the Court that no reply is forthcoming.

Further: if as a result of the decision announced today in *1199 SEIU United Healthcare Workers East* the parties would like additional time to discuss settlement, they are invited to apply to the Court for an extension of the briefing schedule set in this Order.

SO ORDERED.

       For the Court:

       Catherine O'Hagan Wolfe,
       Clerk of Court